**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**STEPHANIE GRIFFITH**                                                      **PLAINTIFF**

**vs.**                                                **CIVIL ACTION No.: 3:24-CV-97-HTW-LGI**

**ALLSTATE INSURANCE COMPANY**
**AND JOHN DOES 1-X**                                            **DEFENDANTS**

### ORDER OF DISMISSAL

On May 23, 2025, the parties advised this Court that they have reached a settlement of the pending claims in this matter. This Court being desirous that this matter be finally closed on its active docket, accordingly:

ORDERS that this case is hereby dismissed without prejudice. The parties shall submit a Final Agreed Judgment within forty-five (45) days of this Order.

If any party fails to consummate this settlement within forty-five (45) days of this Order, any aggrieved party may reopen the case for enforcement of the settlement agreement and, if successful, all additional attorney fees and costs from the date of this Order shall be awarded such aggrieved party or parties against the party failing to consummate the agreement. The parties may request additional time to finalize the settlement agreement, if necessary. The Court specifically retains jurisdiction to enforce the settlement agreement.

**SO ORDERED AND ADJUDGED this the 2nd day of June, 2025**

                                                 **/s/HENRY T. WINGATE**
                                                 **UNITED STATES DISTRICT COURT JUDGE**